Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

_Western_ District of _New York_

_____ Division

)
)  Case No.  **26 CV 508**
)
Bryan Lazeration )  _(to be filled in by the Clerk's Office)_
_____ )
Plaintiff(s) )
_(Write the full name of each plaintiff who is filing this complaint._ )  Jury Trial: _(check one)_  ☑ Yes  ☐ No
_If the names of all the plaintiffs cannot fit in the space above,_ )
_please write "see attached" in the space and attach an additional_ )
_page with the full list of names.)_ )
-v- )
)
Erie County Sheriff John Garcia )
Deputy Superintendent Sandra Amoia )
Erie County Correctional facility )
_____ )
Defendant(s) )
_(Write the full name of each defendant who is being sued. If the_ )
_names of all the defendants cannot fit in the space above, please_ )
_write "see attached" in the space and attach an additional page_ )
_with the full list of names.)_ )



## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Bryan Lazeration          ICN:82640 |
| Street Address | 11581 Walden Avenue |
| City and County | Alden          Erie |
| State and Zip Code | New York          14004 |
| Telephone Number | 716-418-2773   c/o Mark Lazeration |
| E-mail Address | unknown At this time |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name — John Garcia (individual)

Job or Title *(if known)* — Erie County Sheriff

Street Address — 10 Delaware Ave

City and County — Buffalo          Erie

State and Zip Code — New York        14202

Telephone Number — 716- unknown at this time

E-mail Address *(if known)* — Unknown at this time

**Defendant No. 2**

Name — Sandra Amoia (individual)

Job or Title *(if known)* — Deputy Superintendent.

Street Address — 10 Delaware Ave.

City and County — Buffalo          Erie

State and Zip Code — New York        14202

Telephone Number — 716- unknown at this time

E-mail Address *(if known)* — Unknown at this time

**Defendant No. 3**

Name — Erie County Correctional Facility (Government Agency)

Job or Title *(if known)* — Jail Management,

Street Address — 11581, Walden Ave,

City and County — Alden.          Erie,

State and Zip Code — New York        14004,

Telephone Number — 716-937-5585.

E-mail Address *(if known)* — Unknown at this time.

**Defendant No. 4**

Name —

Job or Title *(if known)* —

Street Address —

City and County —

State and Zip Code —

Telephone Number —

E-mail Address *(if known)* —

Page 2 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 1st 5th, 8th Amendments, US. And UN treaties worldwide on human Rights, US and UN treaties on prisoner Rights, US and UN treaties world wide treatment of injailed peoples. Federal statutes and provisions and laws of the United States and the Constitution on human rights, Jails, prisons et. federal laws of treatment for mental Health. And Medical.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* N/A _____, is a citizen of the State of *(name)* N/A _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* N/A _____, is incorporated under the laws of the State of *(name)* N/A _____ and has its principal place of business in the State of *(name)*

N/A _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* N/A _____, is a citizen of the State of *(name)* N/A _____. Or is a citizen of *(foreign nation)* N/A _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

    The defendant, *(name)* N/A , is incorporated under

    the laws of the State of *(name)* N/A , and has its

    principal place of business in the State of *(name)* N/A .

    Or is incorporated under the laws of *(foreign nation)* N/A ,

    and has its principal place of business in *(name)* N/A .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Amount at stake is 7 million dollars for the violations I have listed above.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

#1. John Garcia is the Erie County sheriff in charge of all thing having to do with the sheriff's including the Jails he Allows the conditions of the Jail to get worse and Ever permits and permotes the bad conditions and allows the guards and medical staff to act in the bad manner they do I need help and they offered none, And did not do anything to stop other inmates from Attacking me. # Sandra Amoia does all she is told even when wrong from John Garcia and she over sees the day to day workings of the Jail. And makes sure nothing is fixed to make life better for inmates. Please Additional pages for More info'.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I am seeking relief for Damages in the amount of 7 million dollars and what ever further Relief, The Court deems fair and Just for the following, Traumatic stress both Physical and mental, Assault of my emotional state. Emotional stress, Emotional pain, Emotional injury, Mental stress, Mental pain, Mental injury Physical stress, Physical pain, Physical injury. loss of sleep, loss of money, loss of freedom loss of work, loss domestic tranquillity. And much more.

# ERIE COUNTY CORRECTIONAL FACILITY

## 11581 Walden Avenue    Alden, NY 14004

3-12-26

Additional Page. Statement of Chim Bryan Lazeration #3 Erie County Correctional Facility. The staff within the facility allowed an other inmate to Assualt me on 9-4-25 I wanted to press Charges but staff would not give the Name of the person who Assualted me. I was diagnosed As being Bi-polar and I was given Zoloft it only made things worse the counselor who was New to me said he did not believe I was Bi-Polar making getting treatment No good. I was denied my request to change my mental health docter. I was also denied my request to change my Mental health Counselor, he made me feel uncomfortable talking to him he makes me feel as if I Am small and so are my issues. I was placed for No reason on Constant observation for 5 days on No mattress, having to sleep on A floor causing back pain and it tormented me. They placed me on suicide watch for no reason other than I wanted to change doctors. I am forced to sleep in unsaif benk beds that I could fall out of, I am forced to take showers with no doors or walls so everyone can see my Naked body, and male and Female guards can whatch me, I am forced to use unclean bathrooms with No doors where people Can whatch, I am forced to drink unclean water from unclean sinks, I forced to Eat Substandard food froom unclean trys, I'm forced to be with people who murders and Rapast, I'm forced to breath unclean Air mold on the walls and in the shower and bathreom. the floors are broken and people and my self have fallen. I'm forced to be made Naked by Gaards on there wim, for strip searche in front of othe people, If I do not do as I am told, I am forced into a box and No movement No outside light, No Anything for days, weeks or months. They have violated me and others in so many ways.

Please see Back

To the clerk of the court,

Please send what ever other paperwork and forms I may need to keep my case moving forward and an information I may need to know as someone filing pro.se, and if there any legal aid groups that may help. Thank you. And I hope you have a nice DAy.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    3-14-26

Signature of Plaintiff    *Bryan Jaytter*

Printed Name of Plaintiff    Bryan Lazeration :ICN:82640

### B.    For Attorneys

Date of signing:    N/A

Signature of Attorney        N/A

Printed Name of Attorney    N/A

Bar Number            N/A

Name of Law Firm        N/A

Street Address        N/A

State and Zip Code        N/A

Telephone Number        N/A

E-mail Address        N/A

NAME: Lazoration, B ICN# A2640 ERIE
COUNTY CORRECTIONAL FACILITY
11581 WALDEN AVENUE
ALDEN. NEW YORK  14004



BUFFALO NY  140

17 MAR 2026 AM 1  L

USA ★ FOREVER

USDC - WDNY

MAR 1 8 2026

BUFFALO

Attn: Clerk of the court
U.S. Federal court house
2 Niagara Square
Buffalo, NY 14202

14202-335099